■ In the Matter of CLARENCE J. JACKSON, an Infant by MYRDAS R. JACKSON, His Mother and Natural Guardian, et al., Respondents, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.— ■

Since the application was not made until more than a year had elapsed after the happening of the accident, the Special Term had no power to grant the application in any respect (General Municipal Law, § 50-e, subd. 5; *Matter of Brown v. Board of Trustees, Hamptonburg School Dist.*, 303 N. Y. 484; *Matter of Martin v. School Bd.* [*Long Beach*], 301 N. Y. 233). Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.